NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEO PHARMACEUTICAL PRODUCTS, LTD.**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

AND

**GALDERMA R&D,**
*Appellee.*

---

2012-1520
(Reexamination No. 95/000,153)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**ON MOTION**

---

**O R D E R**

LEO PHARMACEUTICAL PRODUCTS V. KAPPOS                    2

The Director of the United States Patent and Trademark Office and Galderma R&D ("Galderma") each move for a 50-day extension of time, until November 16, 2012, to file their principal briefs. Leo Pharmaceutical Products, Ltd. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. Galderma's and the Director's principal briefs are due November 16, 2012.

FOR THE COURT

SEP 2 7 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Andrew D. Meikle, Esq.
    Raymond T. Chen, Esq.
    Martin B. Pavane, Esq.

s27

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 7 2012

JAN HORBALY
CLERK